No. 95–1976. RAMBO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–1977. COMMODITIES EXPORT CO. ET AL. v. UNITED STATES ET AL. C. A. 6th Cir. Certiorari denied.

No. 95–1978. CAL-ALMOND, INC., ET AL. v. DEPARTMENT OF AGRICULTURE. C. A. 9th Cir. Certiorari denied.

No. 95–1979. HOGAN ET AL. v. WISCONSIN DEPARTMENT OF REVENUE. Ct. App. Wis. Certiorari denied.

No. 95–1983. MCWILLIAMS v. FAIRFAX COUNTY BOARD OF SUPERVISORS. C. A. 4th Cir. Certiorari denied.

No. 95–1984. PREFERRED MEAL SYSTEMS, INC. v. KALWAYTIS ET AL. C. A. 3d Cir. Certiorari denied.

No. 95–1985. SANTOBELLO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 95–1986. ROSEN v. CIBA-GEIGY CORP. C. A. 7th Cir. Certiorari denied.

No. 95–1987. DAYTON HUDSON DEPARTMENT STORE CO., A DIVISION OF DAYTON HUDSON CORP. v. NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied.

No. 95–1988. BOVIS v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 95–1989. SOTO v. LEBEDEVA. Sup. Ct. Va. Certiorari denied.

No. 95–1990. ALBANESE ET AL. v. FEDERAL ELECTION COMMISSION ET AL. C. A. 2d Cir. Certiorari denied.

No. 95–1991. ANTONIO DUQUE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.